### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD LAQUER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-16-0015-HE |
| | ) | |
| THE PRICELINE GROUP INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant The Priceline Group, Inc. has moved for the transfer of this case under 28 U.S.C. § 1404(a) to the United States District Court for the District of Connecticut, based on a forum selection clause in the contract related to this dispute. Plaintiffs consent to the requested transfer [Doc. No. 25]. In accordance with § 1404(a),[1] defendant's motion to transfer [Doc. No. 13] is **GRANTED** and this case is **TRANSFERRED** to the United States District Court for the District of Connecticut.

**IT IS SO ORDERED**.

Dated this 2nd day of June, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE

---

[1] The statute grants the court authority to transfer this case "to any district or division to which all parties have consented."

Case 5:16-cv-00015-HE    Document 26    Filed 06/02/16    Page 2 of 2